UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

                                  Criminal Case No. 14-20083

MAURICE HAYNES,                Honorable Linda V. Parker

      Defendant.

_____/

## OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S SEPTEMBER 5, 2014 REPORT AND RECOMMENDATION AND ACCEPTING DEFENDANT'S PLEA OF GUILTY

On February 19, 2014, the grand jury charged Defendant with two counts of possession with intent to distribute heroin in violation of 18 U.S.C. § 841.  This matter was referred to Magistrate Judge Michael Hluchaniuk pursuant to 28 U.S.C. §§ 636(b)(1)(B) and 636(b)(3) for purposes of receiving, on consent of the parties, defendant's offer of a plea of guilty.  (ECF No. 17.)  On September 4, 2014, Defendant and his counsel appeared before Magistrate Judge Hluchaniuk, at which time Defendant pleaded guilty to one count of possession with intent to district heroin pursuant to a Rule 11 Plea Agreement with the government.

Magistrate Judge Hluchaniuk issued a Report and Recommendation on September 5, 2014, finding Defendant competent to enter a plea, the plea to have been knowingly and intelligently made, and facts supporting the elements of the offense to

which Defendant pleaded guilty.  (ECF No. 19 at 1-2.)  Magistrate Judge Hluchaniuk

therefore recommends that this Court accept Defendant's plea, subject to its review of

the plea agreement.  (*Id*. at 2.)  At the conclusion of his R&R, Magistrate Judge

Hluchaniuk advises the parties that they may object to and seek review of the R&R

within fourteen days of service upon them.  (*Id*. at 2.)  He further specifically advises

the parties that "[f]ailure to file specific objections constitutes a waiver of any further

right to appeal." (*Id*.)  No objections to the R&R were filed.

The Court has carefully reviewed the R&R and the Rule 11 Plea Agreement

and adopts Magistrate Judge Hluchaniuk's September 5, 2014 Report and

Recommendation.

Accordingly,

**IT IS ORDERED**, that the Court accepts Defendant's guilty plea and adjudges

Defendant guilty of one count of possession with intent to distribute heroin in

violation of 21 U.S.C. § 841.

S/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: October 7, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of

record and/or pro se parties on this date, October 7, 2014, by electronic and/or U.S. First Class mail.

S/ Richard Loury
Case Manager